**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDITH RODRIGUEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 8:21-cv-02056-KK<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,990.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: August 10, 2022

*/s/ Kenly Kiya Kato*

THE HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

-1-

1. Respectfully submitted,
2. LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC
3.    /s/ *Lawrence D. Rohlfing*
4. BY: _____
     Lawrence D. Rohlfing
5.      Attorney for plaintiff Judith Rodriguez